JOHN BORST, as Treasurer of Local No. 1425 International Longshoremen's Association, Boatmen, Warehousemen, Checkers and Winchmen, Appellant, v. NICHOLSON UNIVERSAL STEAMSHIP COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. [See *ante,* p. 939.] Present — Taylor, Dowling, Harris and McCurn, JJ.

## (May 25, 1944.)

ESTHER L. BURNETT, Appellant, v. CLAUDE BURNETT, Respondent.— Appeal withdrawn on application of appellant's attorney. (The judgment dismissed plaintiff's complaint in an action for annulment of marriage.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

ARUNDEL CORPORATION, Appellant-Respondent, v. STATE OF NEW YORK, Respondent-Appellant. (Claim No. 25463.) — Judgment affirmed, without costs of this appeal to either party. All concur, except Dowling, J., not voting. (The judgment is for claimant on a claim against the State for extra work done under a contract for the dredging of a section of the Barge Canal.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ. [See 268 App. Div. 821.]

IROQUOIS PIPE PRODUCTS SUPPLY CO., INC., Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant, et al., Defendants.— Order affirmed, with ten dollars costs and disbursements. Memorandum: On the record before us we think the plaintiff's claim was filed within nine months after delivery of the property. (See General Construction Law, § 30.) On this ground we affirm the order. All concur. (The order denies a motion by defendant New York Central Railroad Company to dismiss the complaint, or in the alternative, to strike out certain paragraphs thereof, in an action for damages to an intrastate shipment of freight.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

ADIRONDACK CORE AND PLUG COMPANY, Respondent, v. J. BRADBURY GERMAN, JR., Individually and as Sheriff of Oneida County, et al., Appellants.— Judgment and orders affirmed, with costs. All concur. (The judgment is for plaintiff in a replevin action. One order strikes out the answers of defendants and directs the jury to assess damages; one order denies leave to defendant Link to serve amended answers.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ. [See 268 App. Div. 845.]

In the Matter of the Application for Appointment of a Committee of the Estate of STANISLAW WYSOCKI, an Alleged Incompetent, Appellant. FRANK J. WILLIAMS et al., Respondents.— Order affirmed, without costs of this appeal to any party. All concur. (The order dismisses petitioner's order to show cause in a proceeding to vacate the appointment of a committee.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

GERTRUDE R. MORAN, Respondent, v. CHAUNCEY G. LUM, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.